IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARJORIE E. WOODS, | § § § | |
| *Plaintiff,* | § § | SA-19-CV-00446-DAE |
| vs. | § § § | |
| TOM TORKELSON, CEO, IDEA PUBLIC SCHOOLS; AND RYANE BURKE, PRINCIPAL, IDEA WALZEM ACADEMY, | § § § § § | |
| *Defendants.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued an Order granting Plaintiff's motion to proceed in forma pauperis in this action and ordering docketing and service of Plaintiff's proposed Complaint. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 6th day of May, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE

1